■ In the Matter of Arbitration between VICTOR LICHTENTHAL et al., Appellants, and AMICA MUTUAL INSURANCE COMPANY, Respondent. [627 NYS2d 507] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Howe, J. (Appeal from Order of Supreme Court, Erie County, Howe, J.—Arbitration.) Present—Lawton, J. P., Fallon, Wesley, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GARCIA, Appellant. [627 NYS2d 598] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Intimidating Witness, 3rd Degree.) Present—Denman, P. J., Green, Fallon, Doerr and Balio, JJ.